9-6-2023 date

Pro Se 1 2022

FILED (DROP BOX)

OCT 16 2023

AT SEATTLE
CLERK U.S. DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
BY _____ DEPUTY

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON

2:23-CV-01578-BJM

```
Client Bringbhwate
Keywanie pay $316.00
Every 6th Day 7hrs
```
Plaintiff(s),

v.

```
Basic Food EBT QUGT
Food Stamp Washinsta
Amount $316.00
```
Defendant(s).

CASE NO. 465-060-40
[to be filled in by Clerk's Office]

COMPLAINT FOR A CIVIL CASE

Jury Trial: ☒ Yes ☐ No

## I. THE PARTIES TO THIS COMPLAINT

A. Plaintiff(s)

*Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.*

Name: 01 Keywanie S. Bringbhwate
Street Address: 1902 2nd Ave Apt. 714
City and County: Seattle, King County
State and Zip Code: Washington 98101-1145
Telephone Number: (206) 852-4964

COMPLAINT FOR A CIVIL CASE - 1

1. Stamp Approval! Open Business/
on pacific tower 60 BALLAST

Pro Se 1 2022

**B.     Defendant(s)**

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. For an individual defendant, include the person's job or title (if known). Attach additional pages if needed.

Defendant No. 1

    Name: 01 JANIO A. Moller
    Job or Title (if known): Representative EBT Quest WASH Foods Stamp
    Street Address: 2106 2nd Ave 1st Floor And 2nd Floor
    City and County: Seattle, King County
    State and Zip Code: Washington 98121
    Telephone Number: (425) 412-2780

Defendant No. 2

    Name: Sound Generation
    Job or Title (if known): Food Increase to Food Stamp Award
    Street Address: 2208 2nd Avenue
    City and County: Seattle, King County
    State and Zip Code: Washington 98121
    Telephone Number: (206) 448-5767 Av 1-888 308-6325

Defendant No. 3

    Name: WASH CAP
    Job or Title (if known): Washington State Dept of Social + Identity Ser
    Street Address: P.O. Box 11699
    City and County: Tacoma, Washington 98411-6699
    State and Zip Code: Washington 98411-6699
    Telephone Number: # 877-380-5784, TTy/TDD # 800-833-638
    Toll Free # 877-380-5784

COMPLAINT FOR A CIVIL CASE - 2

! Stamps Approved ! Open Business !
on paint in Tracaboosa-chart

Pro Se 1 2022

1  Defendant No. 4

2  Name  01 Keywanic S. Bridgewater
3  Job or Title *(if known)*  Client ID:# 0522043 68
   Street Address  1902 2nd Avenue, Apt. 714
4  City and County  Seattle King County
5  State and Zip Code  Washington 98101-1145
6  Telephone Number  (206) 852-4969  Amount $316.00

## II. BASIS FOR JURISDICTION

Federal courts are courts of limited jurisdiction (limited power). Generally, only two types of cases can be heard in federal court: cases involving a federal question and cases involving diversity of citizenship of the parties. Under 28 U.S.C. § 1331, a case arising under the United States Constitution or federal laws or treaties is a federal question case. Under 28 U.S.C. § 1332, a case in which a citizen of one State sues a citizen of another State or nation and the amount at stake is more than $75,000 is a diversity of citizenship case. In a diversity of citizenship case, no defendant may be a citizen of the same State as any plaintiff.

What is the basis for federal court jurisdiction? *(select all that apply)*

☒ Federal question:  ☒ Diversity of citizenship:
   If checked complete section A.     If checked complete section B.

Fill out the paragraphs in this section that apply to this case.

A.  If the Basis for Jurisdiction Is a Federal Question

List the specific federal statutes, federal treaties, and/or provisions of the United States Constitution that are at issue in this case. *Attach additional pages if needed.*

I need a Basic Food EBT Quest Washington Account Governors Payroll provisions Make Depository U.S. Dollars U.S. Coins $ MOD 158.00 + $158.00 = $316.00 Amount Affirmed $316.00 Payment on hourly 6th Day Year 2023 Years for hourly 6th Day for 12 months 365 Days to payable to 01 Keywanics Bridgewater Stamp Approval! Open Business on Pacific Northwest

COMPLAINT FOR A CIVIL CASE - 3

Pro Se 1 2022

1  B.      If the Basis for Jurisdiction Is Diversity of Citizenship

2          1.      The Plaintiff(s)

3                  a.      If the plaintiff is an individual.

4  The plaintiff (name) __OI Keywanes. Bridgewater__, is a citizen of the

5  State of (name) __Washington__.

6                  b.      If the plaintiff is a corporation.

7  The plaintiff, (name) __OI Keywanes. Bridgewater__, is incorporated under

8  the laws of the State of (name) __Washington__, and has its principal

9  place of business in the State of (name) __DSHS Office Basic Food Stamp__

10  (If more than one plaintiff is named in the complaint, attach an additional page providing the same information for each additional plaintiff.)

11

12         2.      The Defendant(s)

13                 a.      If the defendant is an individual.

14  The defendant, (name) __DSHS Office Basic Food Stamp__, is a citizen of the

15  State of (name) __Washington U.S.A.__. Or is a citizen of

16  (foreign nation) __Washington State USA__.

17                 b.      If the defendant is a corporation.

18  The defendant, (name) __DSHS Office Basic Food Stamp__, is incorporated under

19  the laws of the State of (name) __Washington In U.S.A.__, and has its principal

20  place of business in the State of (name) __DSHS Office Basic Food Stamp__

21  Or is incorporated under the laws of (foreign nation) __Washington In U.S.A.__,

22  and has its principal place of business in (name) __DSHS Office Basic Food Stamp__

23  (If more than one defendant is named in the complaint, attach an additional page providing the same information for each additional defendant.)

24

COMPLAINT FOR A CIVIL CASE - 4

! Stamp Approval! Open Business !

Pro Se 1 2022

3. The Amount in Controversy.

The amount in controversy-the amount the plaintiff claims the defendant owes or the amount at stake-is more than $75,000, not counting interest and costs of court, because (explain) Attach additional pages if needed: Increase Add $158.00 WAsHmsto want to Add $158.00 + $158.00 = Affirmed Affirmed = $316.00 Payment Every 6th Day Every Years 365 Days for 12 months Payable to 01 Keywanes Shawtelea Bridgewater

### III. STATEMENT OF CLAIM

*Write a short and plain statement of the claim. Do not make legal arguments. State as briefly as possible the facts showing that each plaintiff is entitled to the damages or other relief sought. State how each defendant was involved and what each defendant did that caused the plaintiff harm or violated the plaintiff's rights, including the dates and places of that involvement or conduct. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.*

Client ID:# 052204368 Keywanes. Bridgewater Payable to 01 Keywanes. Bridgewater on Every 6th Day $316.00 Basic Food Stamp EBT Quest Washmsto. Account yhr 2023 365 Days for 12 months Approved

### IV. RELIEF

*State briefly and precisely what damages or other relief the plaintiff asks the court to order. Do not make legal arguments. Include any basis for claiming that the wrongs alleged are continuing at the present time. Include the amounts of any actual damages claimed for the acts alleged and the basis for these amounts. Include any punitive or exemplary damages claimed, the amounts, and the reasons you claim you are entitled to actual or punitive money damages. Attach additional pages if needed.*

Client ID:# 052264368 Keywanes. Bridgewater Payable to 01 Keywanes. Bridgewater on Every 6th Day Affirmed = $316.00 then Increase Affirmed = $414.00 Every Years for 12 month 365 Days Stamp Approved

### V. CERTIFICATION AND CLOSING

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper

Stamp Approval, Open Business!

COMPLAINT FOR A CIVIL CASE - 5

*Pro Se 1 2022*

1  purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation;
2  (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or
3  reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so
4  identified, will likely have evidentiary support after a reasonable opportunity for further
5  investigation or discovery; and (4) the complaint otherwise complies with the requirements of
6  Rule 11.
7        I agree to provide the Clerk's Office with any changes to my address where case-related
8  papers may be served. I understand that my failure to keep a current address on file with the
9  Clerk's Office may result in the dismissal of my case.

10 Date of signing: _9-12-2023_
11 Signature of Plaintiff o| _Keywanu S. Bushwati_
12 Printed Name of Plaintiff o| _KeyWAnk SHAwtelly Bringhlwate_

14 Date of signing: _9-12-2023_
15 Signature of Plaintiff o| _Keywanu S. Bushwati_
16 Printed Name of Plaintiff o| _KeyWAnic SHAwtelly Bringhlwaten_

18 Date of signing: _9-12-2023_
19 Signature of Plaintiff o| _Keywanu S. Bushwati_
20 Printed Name of Plaintiff o| _KeyWAnveSAAwtelly BrioGhlwate_

COMPLAINT FOR A CIVIL CASE - 6

[handwritten: Stamp Approval! Open Business! on PAUKA Tu... 6 is BA-Liarts]

## WASHINGTON STATE
## OFFICE OF ADMINISTRATIVE HEARINGS

| In the matter of:<br><br>Keywanie Bridgewater,<br><br>Appellant. | Docket No.  03-2023-PA-27275<br><br>**PREHEARING CONFERENCE ORDER**<br><br>Agency:    Department of Social and Health Services<br>Program:   Food Assistance<br>Agency No. 52204368 |
|---|---|

### PREHEARING CONFERENCE

1. **Administrative Law Judge:** Mark M. Graham

2. **Prehearing Conference:** May 9, 2023

3. **Appellant:** Keywanie S Bridgewater

4. **Agency:** Department of Social and Health Services
   Public Assistance

5. **Agency Representative:** Dawn Parks

FILED (DROP BOX)

OCT 16 2023

BY  CLERK U.S. DISTRICT COURT AT SEATTLE
    WESTERN DISTRICT OF WASHINGTON
                                     DEPUTY

### CASE SCHEDULE

| Date | Event |
|---|---|
| June 6, 2023<br><br>*Deposit*<br>*$316.00* | Agency deadline to file witness list, exhibit list, and marked copies of exhibits. |
| June 6, 2023<br><br>*Deposit*<br>*$316.00* | Appellant deadline to file witness list, exhibit list, and marked copies of exhibits. |
| June 13, 2023<br><br>*Deposit*<br>*$316.00* | The hearing will be held by telephone at 2:00 p.m. |

**Filing:** The date of filing is the date documents are received by the Office of Administrative Hearing (OAH) during office hours. WAC 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.

PREHEARING CONFERENCE ORDER
Docket No. 03-2023-PA-27275

8401- PA
Page **1**

Office of Administrative Hearings
600 University Street, Suite 1500
Seattle, WA 98101-3126
Phone: (800) 845-8830
www.oah.wa.gov

WASHCAP
PO BOX 11699
TACOMA WA 98411-6699



Washington State
Department of Social
& Health Services

Phone # 877-380-5784
TTY/TDD # 800-833-6384
Toll Free # 877-380-5784

04/03/23

Client ID # 052204368

KEYWANIE S BRIDGEWATER
1902 2ND AVE APT 714
SEATTLE WA 98101-1145

Dear KEYWANIE S BRIDGEWATER

You will receive the following benefits:

|  | Begin Date | End Date |
|---|---|---|
| WASHCAP-Food | 04/01/23 | 03/31/26 |
| Your WASHCAP Food Benefit is: | $158.00 | AWD $158.00 |

Your food benefit will be available on day 6 of each month.

We will add your benefits to an Electronic Benefits Transfer (EBT) account.

Your household may receive a small energy assistance benefit every 12 months as part of the Heat and Eat Program. This allows us to provide the Standard Utility Allowance (SUA) deduction for WASHCAP or Basic Food.

You don t have to apply or ask for the Heat and Eat benefit. You will receive this benefit automatically only if you meet the requirements under WAC 388-400-0047 and haven t received the Heat and Eat benefit in the last 12 months.

You can: *for self Keywanie S. Bridgewater*
* Apply for benefits, submit a review, or report changes at www.washingtonconnection.org.

Write your client ID on all copies you send us. Your client ID is 052204368.

If you disagree with any of our decisions, you may ask to have the case reviewed. You can also ask for an administrative hearing. Administrative hearing rights are included in this letter.

WASHCAP - BISE
877-380-5784

Attachment(s):   27-130 Authorization for Alternate EBT Cardholder
                 DSHS Administrative Hearing Rights



0002-01 Approval Letter

Client ID# 052204368

WASHCAP
PO BOX 11699
TACOMA WA 98411-6699



Washington State
Department of Social
& Health Services

Phone # 877-380-5784
TTY/TDD # 800-833-6384
Toll Free # 877-380-5784

09/09/23

Client ID # 052204368

KEYWANIE S BRIDGEWATER
1902 2ND AVE APT 714
SEATTLE WA 98101-1145

yhs AGRHK

FILED (DROP BOX)
OCT 16 2023
BY TOWESTERN DISTRICT COURT
CLERK U.S. DISTRICT OF WASHINGTON
AT SEATTLE
DEPUTY

Dear KEYWANIE S BRIDGEWATER

Your benefit will change beginning 10/01/23.

|  | From |  |
|---|---|---|
| Basic Food Assistance (federal) | $158.00 | $176.00 |

Your food benefit will be available on day 6 of each month.

Your household may receive a small energy assistance benefit every 12 months as part of the Heat and Eat Program. This allows us to provide the Standard Utility Allowance (SUA) deduction for WASHCAP or Basic Food.

You don t have to apply or ask for the Heat and Eat benefit. You will receive this benefit automatically only if you meet the requirements under WAC 388-400-0047 and haven t received the Heat and Eat benefit in the last 12 months.

You can: for self or KeyWANies. BribbkWAte
* Apply for benefits, submit a review, or report changes at www.washingtonconnection.org.

Write your client ID on all copies you send us. Your client ID is 052204368.

If you disagree with any of our decisions, you may ask to have the case reviewed. You can also ask for an administrative hearing. Administrative hearing rights are included in this letter.

WASHCAP CSO 130
877-380-5784



0008-01 Change in Cash/Food Assistance

Client ID# 052204368

## QUESTIONS AND ANSWERS

What do you need to report for food assistance between reviews?

* When your total monthly gross income (money from all sources before deductions) goes over $1580.00.

* When you or a member of your household wins $4250.00 or more from the lottery or other gambling activities in a single game.

When do you need to report changes?
* For cash and food programs, you must report changes by the 10th of the next month after the change.

What happens if you don't report changes on time?
* Your benefits could stop.
* Your benefits could be late.
* You could receive the wrong amount.
* If you receive more benefits than you should, you must pay them back.

Where can you receive automated information about your case?
* You can call The Customer Connect line in the Call Center at 1-877-501-2233.
* When you call, be prepared to enter your Social Security number and/or client ID number, which can be found in the bottom right hand corner of this letter.

If you have any questions, please let me know.

Please call the number on the first page of this letter if you have any questions.

Attachment(s):    DSHS Administrative Hearing Rights



0008-01 Change in Cash/Food Assistance                              Client ID# 052204368

## Food Program

### ic Food Assistance (federal)
is calculation is used to figure out the amount of federal food benefits your household is  
ligible to receive.

### Income We Count

|  | 10/2023 |
|---|---|
| KEYWANIE S BRIDGEWATER  SSI | $914.00 |
| **Total Income** | **10/2023**  $914.00 |
| **Income Limits (federal)** | $0.00 |
| **Deductions We Allow** | **10/2023** |
| Standard deduction | $198.00 |
| Housing deduction | $335.00 |
| **Total Deductions** | $533.00 |
| **Summary** | **10/2023** |
| Total Income | $914.00 |
| Subtract Total Deductions | $533.00 |
| Income We Budget | $381.00 |
|  | **10/2023** |
| Benefit limit for a household of 1 | $291.00 |
| Subtract 30% of Income we budget | $115.00 |
| Subtract Overpayment deduction | $0.00 |
| **Federal Basic Food Assistance Benefit** (rounded down) | $176.00 |



9999-01 Computation

Client ID# 052204368

## Administrative Hearing Rights

### .at can you do if you disagree with our decisions?
you disagree with the decision:
* You have a right to challenge a decision by requesting a hearing.
* You can ask for a case review by contacting the Department of Social and Health Services (DSHS).

This won't delay or replace the hearing and it could resolve the disagreement sooner.

### What is an Administrative Hearing?
An administrative hearing is an opportunity for you to challenge the department's decision about your benefits.
* If you request one, your administrative hearing will be held before an Administrative Law Judge (ALJ) from the Office of Administrative Hearings (OAH).
* The OAH is an independent and neutral state agency, which hears disputes between state agencies and the public.
* Your administrative hearing may be held in person, over the phone, or by video.

Note: You don't have administrative hearing rights if the change in your benefits was part of a mass adjustment for a group of people required by state or federal law. (RCW 74.08.080(1)(b)).

### How do you request a hearing?
To request a hearing, do one of the following:
* Call the Department of Social and Health Services (DSHS) at (877) 501-2233 or the OAH Call Center at (800) 583-8271.
* Write to:
  The Office of Administrative Hearings
  PO Box 42489
  Olympia, WA 98504-2489
* Make a request online at the OAH Website, https://oah.wa.gov, then click the **how do I request a hearing** link to get started.
* Fax your request to OAH at (360) 664-8721.
* Visit any DSHS office and make an oral request, or complete a Request for Hearing Form, or provide any other written statement for a hearing.

### How soon should you request a hearing?
A hearing should be requested within 90 days of the date on this letter. After 90 days, your hearing request may be accepted only if an ALJ determines you had good cause for not requesting your hearing within 90 days.

### Can your benefits continue during the hearing process?
If this letter changes or stops your benefits, you may still receive them while you wait for your hearing.
A hearing specialist will review your case and issue continued benefits if you are eligible.
* You must ask for the hearing before your benefits change, end, or within 10 days of the date of this letter, whichever is later, for the department to consider continued benefits.
* If you don't want continued benefits, contact DSHS.
* Food assistance can only continue until your next review and denied benefits can't be continued.

### Who may represent you at the hearing?
You may represent yourself, a lawyer may represent you, or any other person you choose may represent you at your own expense.



Administrative Hearing Rights                                              Client ID# 052204368

## What if you can't afford legal advice?

Free legal assistance may be available. You can:
* Apply online at https://nwjustice.org/apply-online.
* If you're under the age of 60, call CLEAR at 1-888-201-1014.
* If you're age 60 or over, call CLEAR Senior at 1-888-387-7111.
* If you live in King County, call the Northwest Justice Project at (206) 464-1519.
* Legal Information is also available at www.WashingtonLawHelp.org

## What if you lose your hearing?

You may have to repay some or all of the continued benefits you received, pending the outcome of your hearing.
* Cash: benefits issued for the first two full months (WAC 388-410-0001).
* Food: benefits issued through the end date of the original certification date or hearing decision, whichever is sooner (WAC 388-458-0040).
* Medical: benefits issued up to the end date of the original certification date or hearing decision, whichever is sooner (WAC 182-519-0100).

If the hearing decision supports the Department's action, then the continued benefits paid pending the administrative hearing may become an overpayment to you (WAC 388-458-0040). You may have the right to appeal the judge's decision.

## Non-Discrimination Statement:

The department isn't allowed to discriminate in any program or activity. No one can be excluded from any program because of race, color, national origin, place of birth, religion, sex, (including gender identity), sexual orientation, disability, marital status, age, political beliefs, or reprisal or retaliation for prior civil rights activity.

Administrative Hearing Rights

Client ID# 052204368



# Sound Generations



We support people on their aging journey through community connections and accessible services.

**206.448.5757**

info@soundgenerations.org



## Who We Are
*Mission Statement in Action*

Sound Generations is Washington State's most comprehensive non-profit organization that supports people on their aging journey through community connections and accessible services. Established in 1967, we support tens of thousands of older adults, disabled persons, and those who care for them annually in King County.

## What We Do
*Description*

Our programs operating throughout numerous community and senior center sites are constantly striving to expand services to underserved and marginalized communities through:

- Food Security
- Health & Wellness
- Transportation
- Assistance Services

## What We Believe
*Commitment*

Everybody deserves access. We are committed to helping all people, especially low-income and people of color, obtain the services they need while feeling included and respected in a community that affirms aging.



**Our purpose is to honor lives, nurture connections, empower action, and inspire hope.**

# Meals on Wheels
*Delivering so much more than a meal*



## Who is eligible?
King County residents aged 60 or older who have difficulty shopping or preparing meals.

## How It Works
Submit an application.

Choose from a wide variety of menu options, including vegetarian/vegan, kosher, and halal meals.

Order 7-14 meals per week, delivered by a friendly driver.

Meals arrive frozen and packaged in trays to be heated in a microwave or conventional oven.

Liquid Supplements are available for purchase.

The suggested donation is $5 per meal. For those under the age of 60, a private pay option is available at the cost of $7 per meal.

## Interested in becoming a volunteer?
Visit soundgenerations.org for opportunities.

## Contact Meals on Wheels
206.448.5767
1.888.308.6325
mealsonwheels@soundgenerations.org