UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| KEYWANIE S. BRIDGEWATER,<br><br>                 Plaintiff,<br>     v.<br><br>JANIO A. MOLLE et al.,<br><br>                 Defendants. | CASE NO. 2:23-cv-01578-LK<br><br>ORDER DISMISSING COMPLAINT WITH PREJUDICE |

This matter comes before the Court sua sponte. On November 2, 2023, the Court dismissed pro se Plaintiff Keywanie S. Bridgewater's complaint without prejudice for failure to state a claim and granted leave to file an amended complaint by November 27, 2023. Dkt. No. 12 at 3–4. The Court cautioned Bridgewater that failure to file a proper amended complaint by November 27, 2023 would result in this action being dismissed with prejudice. *Id.*

Because Bridgewater has not filed an amended complaint or any request for extension, the Court now DISMISSES this case with prejudice.

//

//

ORDER DISMISSING COMPLAINT WITH PREJUDICE - 1

The Clerk is directed to send uncertified copies of this Order to Bridgewater at her last known address.

Dated this 30th day of November, 2023.

*[signature: Lauren King]*

Lauren King
United States District Judge

ORDER DISMISSING COMPLAINT WITH PREJUDICE - 2