# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF WASHINGTON
### AT SEATTLE

| | |
|---|---|
| KEYWANIE S. BRIDGEWATER,<br><br>              Plaintiff,<br>v.<br><br>JANIO A. MOLLE et al.,<br><br>              Defendant. | **JUDGMENT IN A CIVIL CASE**<br><br>CASE NUMBER 2:23-cv-01578-LK |

☐ **Jury Verdict**. This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court**. This action came to consideration before the Court. The issues have been considered and a decision has been rendered.

THE COURT HAS ORDERED THAT

For the reasons stated in the Court's November 30, 2023 Order, Dkt. No. 13, judgment is entered in favor of Defendants and against Plaintiff.

Dated November 30, 2023.

                                              Ravi Subramanian
                                              Clerk of Court

                                              */s/Natalie Wood*
                                              Deputy Clerk